# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| KATRINA RIVERA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CV419-317 |
| | ) | |
| EQUIFAX INFORMATION SERVICES, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This case, involving allegations of violations of the Fair Credit Reporting Act was assigned to the undersigned. Because an attorney from the undersigned's former law firm has appeared in this case, and to avoid any appearance of impropriety, I recuse. The Clerk is **DIRECTED** to forward a copy of this order to the assigned District Judge for reassignment.

**SO ORDERED**, this 13th day of March, 2020.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia