IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KATRINA RIVERA,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC; ROAD AUTO FINANCE, LLC; FLIGHT FINANCE COMPANY, LLC; SUNSET FINANCE CO., (SC) LLC; and CREDIT COLLECTION SERVICES, INC.;

    Defendants.

CASE NO. CV419-317

## ORDER

Before the Court is Plaintiff Katrina Rivera's Stipulation of Dismissal. (Doc. 28.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." As requested by Plaintiff, Defendant Equifax Information Services, LLC is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. The Clerk is **DIRECTED** to amend the caption accordingly.

SO ORDERED this 11th day of April 2020.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA