IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| KATRINA RIVERA, | |
| Plaintiff, | CIVIL ACTION NO.: 4:19-cv-317 |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, et al., | |
| Defendants. | |

**O R D E R**

This matter is before the Court on Defendant Road Auto Finance, LLC's unopposed Motion to Stay Discovery and Other Deadlines Pending the Court's Ruling on Defendant Road Auto Finance LLC's Renewed Motion to Dismiss. Doc. 36. Plaintiff did not file a response and the time to do so has expired. Local R. 7.5 ("Failure to respond within the applicable time period shall indicate that there is no opposition to a motion."). Accordingly, the Court **GRANTS** Defendant's Motion as unopposed and **STAYS** discovery in this case pending resolution of Defendant's motions to dismiss. This stay will be automatically lifted upon the issuance of a Court Order ruling on the motions to dismiss if any claims remain pending. The Court **DIRECTS** the parties to confer within 14 days of a ruling on the motions to dismiss and, if the case remains pending, must file an updated Rule 26(f) Report 7 days after their conference.

**SO ORDERED**, this 1st day of May, 2020.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA