IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
KATRINA RIVERA,                    )
                                   )
     Plaintiff,                    )
                                   )
v.                                 )    CASE NO. CV419-317
                                   )
ROAD AUTO FINANCE, LLC;            )
FLIGHT FINANCE COMPANY, LLC;       )
SUNSET FINANCE CO., (SC) LLC;      )
and CREDIT COLLECTION              )
SERVICES, INC.;                    )
                                   )
     Defendants.                   )
_____)
```

O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 43.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendant Flight Finance Company, LLC are **DISMISSED WITHOUT PREJUDICE** with each party to bear its own costs and attorney fees. The Clerk is **DIRECTED** to amend the caption accordingly.

SO ORDERED this 14th day of May 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA